# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| C.Y.M. CHI and V.L. CHI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VERTRUE, INC., ADAPTIVE MARKETING, LLC, VELO HOLDINGS, INC., MYLIFE.COM, INC., OAK INVESTMENT PARTNERS XII, L.P., and MASTERCARD INTERNATIONAL, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION FILE<br>)<br>)  NO. 1:14-CV-00614-TWT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF MYLIFE.COM, INC. AND OAK INVESTMENT PARTNERS, XII, L.P.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs C.Y.M. Chi and V.L. Chi file this Notice of Voluntary Dismissal with prejudice of this action as to the Defendants MyLife.com and Oak Investments Partners XII, L.P. only. This action, and all other claims filed against the other parties, *i.e.,* Vertrue, Inc., Adaptive Marketing, LLC, Velo Holdings, Inc., and MasterCard International, Inc., remain pending against those said other parties.

DATED this 27th day of March, 2014.

    Respectfully submitted,

    BY:  WEBB KLASE & LEMOND, LLC

    */s/ E. Adam Webb*
    E. Adam Webb
      Georgia Bar No. 743910
    G. Franklin Lemond, Jr.
      Georgia Bar No. 141315
    Stephen Sills
      Georgia Bar No. 737358

    1900 The Exchange, S.E.
    Suite 480
    Atlanta, Georgia 30339
    (770) 444-0773
    (770) 217-9950 (fax)
    Adam@WebbLLC.com
    Franklin@WebbLLC.com
    Stephen@WebbLLC.com

    Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2014, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system, which will send a notice to the counsel of record listed below:

Richard K. Hines, V, Esq.
Nelson Mullins Riley & Scarborough LLP
Atlantic Station
201 17th Street NW, Suite 1700
Atlanta, GA 30363

*Counsel for MyLife.com and Oak Investments Partners XII, L.P.*

Kenneth A. Gallo, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, NW
Washington, DC 20006-1047

*Counsel for Mastercard International, Inc.*

DATED this 27th day of March, 2014.

         *s/ G. Franklin Lemond, Jr.*
         G. Franklin Lemond, Jr.